AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   **26mj1212** |
| Randall Paul RAMSAY | ) | |
| Year of Birth: 1991 | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

*FILED*
*United States District Court*
*Albuquerque, New Mexico*

*Mitchell R. Elfers*
*Clerk of Court*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____March 18, 2026_____ in the county of _____San Juan_____ in the
_____ District of _____New Mexico_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 875(c) | Interstate communications |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_Claire Chadwick_
_Complainant's signature_

Claire Chadwick, Special Agent
_Printed name and title_

Sworn to before me by telephone or other reliable electronic means.

Date:  _____03/18/2026_____

_Laura Fashing_
_Judge's signature_

City and state:  _____Albuquerque, NM_____    **Laura Fashing, United States Magistrate Judge**
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Claire Chadwick, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed with the FBI since 2022. I am an investigator and law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses against federal law. I am assigned to the FBI Farmington Resident Agency (RA), Albuquerque Division, where my duties include investigating violations of federal law, including crimes that occur in Indian Country.

2.      I have received training and gained experience in the investigation and enforcement of major crimes including murder and assaults. Additionally, I have received training and experience in interview techniques, arrest procedures, search warrant applications, and the execution of searches and seizures.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. Because this affidavit is submitted for the limited purpose of securing a Criminal Complaint, I have not included every fact known to me concerning the investigation. I have set forth only those facts that I believe are necessary to establish that probable cause to support a criminal complaint as explained below.

4.      This affidavit is being submitted in support of a criminal complaint charging Randall Paul Ramsay (**RAMSAY**) (YOB 1991) with Interstate Communications - Transmitting Threatening Communications, in violation of 18 U.S.C. § 875(c).

**PROBABLE CAUSE**

5.      On February 23, 2026, **WITNESS 1** spoke with **RAMSAY** on the phone. **RAMSAY** told **WITNESS 1** that he wants to hurt those who hurt him. When asked how he would hurt them, **RAMSAY** asked **WITNESS 1** if she knew how much chlorine and windshield wiper fluid costs. When asked what he planned to do with those materials, **RAMSAY** said he had "very specific plans to hurt those who hurt me." When asked who he was going to hurt, **RAMSAY** named two female Aztec Police Department Officers. The Aztec Police Department Officers will be referred to as **VICTIM 1** and **VICTIM 2**. **RAMSAY** has repeatedly told **WITNESS 1** that the cops are after him, he is armed, and he can make bombs. **RAMSAY** also told **WITNESS 1** that he once made a bomb that blew off his friend's hand.

6.      On February 26, 2026, **VICTIM 1**, an Aztec Police Department Officer, was interviewed by the FBI. **VICTIM 1** provided the following statements made by **RAMSAY** to law enforcement in December 2024:

- During a dispute with his neighbor over a dog, **RAMSAY** called dispatch and said that if his issue with the dog was not resolved, he was going to record himself bludgeoning the dog to death to prove to prosecution that the dog was on his property.

2

7.    On December 23, 2024, **RAMSAY** texted **VICTIM 1**'s phone asking to talk to someone as he was not doing well. **RAMSAY** then called **VICTIM 1** via phone and said the following:

- **RAMSAY** discussed a historical incident where **RAMSAY** had pointed a rifle at his wife's dad, but then ended up butt-checking him with the gun during the altercation. **RAMSAY** stated, "I want to just beat the shit out of all of them."

- **RAMSAY** discussed finding a gun and raiding a "fucking ketamine dispensary."

- **RAMSAY** said he was known as a "violent confrontational person who likes to carry a handgun everywhere he goes."

- "So if a person like me who tried to get help who literally tried everything they possibly could, ends up doing something to take the lives of multiple people or anything like that, how can they be held accountable for it?"

- In regard to being admitted to a hospital, **RAMSAY** said anybody who tried to transport him or keep him against his will would die, and he would do everything in his power to take their life from them.

- "Jeffrey Dahmer is nothing compared to me."

- "Those fucking murderers are nothing compared to what I fantasize about."

8.    **VICTIM 1** found that **RAMSAY** appeared to be following her in his car. For example, while at a stop light on February 26, 2026, **RAMSAY** stopped his vehicle next to **VICTIM 1** and stared at her, while **VICTIM 1** was in her car.

9.    On February 27, 2026, **VICTIM 2**, an Aztec Police Officer, was interviewed by the FBI. **VICTIM 2** told the FBI that there was an incident in 2012 where

3

**RAMSAY** claimed he picked up a piece of wood that blew up due to an explosive under it, but later **RAMSAY** admitted it was his own bomb-making material that blew up.

10.      **VICTIM 2** also discussed an incident where **RAMSAY** was arrested by Aztec Police Department in February 2025 after he was involved in an aggravated assault case with two juveniles. **VICTIM 2** reported that **RAMSAY** told dispatch he was going to kill two high school students. **VICTIM 2** provided the following screenshot from **RAMSAY**'s Facebook account, posted December 29, 2025, where **RAMSAY** discusses the incident with the two teenagers:



Randy's post

if you are victims, then whyd you run away. i did a bit of digging on you two boys. i know alot of people around here. i know just about everything about you both except your SSN .haha^^. Soon it will be me on the stand sanguine as f*ck, pointing at you in the orange jumpsuit. i may be be a little jocular in the moment but forgive me if i enjoy it too much.^^ Kevin!! yeah you!! you idiot

5:36 📶 5G⁵ 🔋

‹         **Randy's post**

if you are victims, then whyd you run away. i did a bit of digging on you two boys. i know alot of people around here. i know just about everything about you both except your SSN .haha^^. Soon it will be me on the stand sanguine as f*ck, pointing at you in the orange jumpsuit. i may be be a little jocular in the moment but forgive me if i enjoy it too much.^^ Kevin!! yeah you!! you idiot savant!! seems the smile on your face shows how happy you are running away. durr durr durr durr durrrr!!^^ Arian you look tweaked the hell out. sorry i decided last moment to spare you from what im capable of By the way; i really like how the cops tried to say that you and kevin came back for camera footage on BareKnuckle Barbers to cover for you. But yes yes do ask Sgt Schmitt Aztec PD and he can tell you how a guy named Archie ended up just days before our run in. He was trespassing and refused to leave my property prevented us from shutting our door.my wife pushed him out of our door and he put my wife in a headlock. we were unlawfully evicted for aggrivated assualt against management executed by no other than Bingo!!  You guessed it!! Aztec Tyrant Judge Stacie Biel herself acting as Agent / owner of Aztec Hills RV park only because she married to Mark Biel. but nevrmind that thats also for a later upload. theres just so much to share. but ok back to Arian;  just be glad i feared doing to you what i had no choice but to do to archie. Your ugly enough as it is. i know how to keep people on their feet while i disfigure them and punitive strikes dont count if their still standing. And your lucky the officer safety alert isnt true about me. i would have shot both of you dead if it was...coming at me with river rocks..seriously. its a hard struggle for me everyday not to be the boogey man that THEY created but i resist. oh!!..how easy it would be. But it seems you two are in the making of^^.

👍  ○  ⤳

11.    **RAMSAY** wrote, as displayed above: "I would have shot both of you dead if it was…"

12.    **VICTIM 1** and **VICTIM 2** are in fear for the safety of their lives and the lives of their families due to **RAMSAY**'s statements about knowing where they live. **VICTIM 2** told the FBI that in 2025, the former City of Aztec Commissioner asked to

5

meet with the Aztec Police Chief. The former Commissioner told the Aztec Police Chief that **RAMSAY** made concerning statements about **VICTIM 1** and **VICTIM 2**, in which **RAMSAY** said he knows exactly where they live. In December 2025, the former Commissioner approached **VICTIM 2** at an event to make sure she was on alert, since **RAMSAY** had the location of her residence.

13.    On March 18, 2026, **RAMSAY** texted **WITNESS 2**, saying, "I want you at the aztec sheffiffs office today" meaning that he wanted **WITNESS 2** to go to the San Juan County Sheriff's Office (SJCSO).

Today 4:33 AM

i want you at the aztec sheffiffs office today

14.    Also on the morning of March 18, 2026, **WITNESS 2** spoke with **RAMSAY** on the phone. **RAMSAY** told **WITNESS 2** that he invited everybody that has ever wronged him to the SJCSO, so there can be resolution. **RAMSAY** said he wanted these people to right their wrongs, and if they do not, **RAMSAY** will. **RAMSAY** told **WITNESS 2** that everybody says he is violent with guns, and that is how he is going to solve this. **WITNESS 2** told **RAMSAY** she would have to report this threat, and **RAMSAY** and his wife then became angry with **WITNESS 2**.

15.    **RAMSAY** posted the following on his Facebook account on March 18, 2026:

6



## JURISDICTIONAL STATEMENT

16.    When **RAMSAY** made the threatening statement on March 18, 2026 to **WITNESS 2**, he utilized telephone number (505) 513-3454, whose service provider was Verizon Wireless. This Court has jurisdiction over the offense charged in this complaint pursuant to 18 U.S.C. § 875(c) because the defendant knowingly transmitted in interstate and foreign commerce communications containing threats to injure the person of another. The defendant used a telephone and the Facebook social media platform, both of which operate across state and national boundaries, to send threatening messages. The telephone service provider, Verizon Wireless, is a nationwide carrier that routes communications through interstate networks, establishing an interstate nexus. The communications at issue traveled through interstate and international communication facilities, satisfying the interstate commerce element required under 18 U.S.C. § 875(c). Therefore, the offense falls within the jurisdiction of the federal courts.

**CONCLUSION**

17.    Based on the above information, I submit that there is probable cause to believe that **RAMSAY** violated federal law by committing the offense of Transmitting Threatening Communications in Interstate Commerce, in violation of 18 U.S.C. § 875(c).

18.    Therefore, I respectfully request that the Court approve the attached criminal complaint and issue an arrest warrant.

12.    This complaint was reviewed and approved by Assistant United States Attorney (AUSA) Samuel Hurtado.

_Claire Chadwick_

Claire Chadwick
Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone or other reliable electronic means
on 18 March 2026

Laura N. Fashing
United States Magistrate Judge