IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO.  26-MJ-1212-LF |
| | ) | |
| vs. | ) | |
| | ) | |
| RANDALL PAUL RAMSAY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CRIMINAL COMPLAINT

THIS MATTER having come before the Court on the written motion of the United States

to dismiss the criminal complaint, and the Court being fully advised in the premises, finds the

motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the criminal complaint in this cause be and hereby

is dismissed without prejudice.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Submitted by:
CHRIS SCHULTZ
Assistant United States Attorney